IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CINDY PRESA**                                                                                               **PLAINTIFF**

V.                             **CASE NO.: 3:14CV00064 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

Plaintiff Cindy Presa's motion for voluntary dismissal (docket entry #11) is GRANTED. Ms. Presa's claims are DISMISSED, without prejudice, this 14th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE