# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CINDY PRESA**                                                                         **PLAINTIFF**

**V.**                    **CASE NO.: 3:14CV00064 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE this 14th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE